# Wisconsin Court of Appeals

2016 WI App 88

(Also reported in 888 N.W.2d 246.)

| | | | |
|---|---|---|---|
| State v. Lilek† | 2014AP000784 CR | 10–04–2016 | Affirmed |
| State v. Masarik† | 2015AP000194 CR | 10-04-2016 | Affirmed |
| Gagliano v. Aurora Health Care Metro | 2015AP000611 | 10–25–2016 | Affirmed |
| State v. White | 2015AP000780 CR | 10–12–2016 | Affirmed/ reversed/ remanded |
| State v. Hall† | 2015AP000823 CR | 10–04–2016 | Affirmed |
| City of Madison v. Ong | 2015AP001176 | 10–20–2016 | Affirmed |
| State v. Jackson, Sr. | 2015AP001194 | 10–05–2016 | Affirmed |
| State v. Hill† | 2015AP001236 CR | 10–12–2016 | Affirmed |
| State v. Garba† | 2015AP001243 CR | 10–05–2016 | Affirmed |
| State v. Seever | 2015AP001341 CR | 10–21–2016 | Affirmed |

† Petition to review filed.